UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

**MICKEY THROWER,**            CASE NO.:  3:21-CV-00125-TCB

       **Plaintiff,**

vs.

**PREMIER DOCKS AND DOORS CO., A GEORGIA CORPORATION, D/B/A PREMIER INDUSTRIES, AND QUICNY RANDOLPH, INDIVIDUALLY,**

       **Defendants.**

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT

This cause having come before the Court on the Parties' Joint Motion to Approve Settlement Agreement Pursuant to the Fair Labor Standards Act [D.E. 9], the Court has reviewed the Joint Motion and the Settlement Agreement attached to the Joint Motion, and hereby finds that the settlement in this FLSA action is fair and reasonable pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Therefore, **IT IS ORDERED AND ADJUDGED** that the Joint Motion [D.E. 9] is hereby **GRANTED** and this action is dismissed

with prejudice with instructions that the Parties abide by and perform the Settlement Agreement terms.

Dated this  25th , day of October, 2021.

_____
Timothy C. Batten, Sr.
United States District Court Judge